**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WENDY BONGALIS-ROYER, | § § | |
|     *Plaintiff,* | § § | |
| V. | § § | CASE NO. 4:14cv330<br>Judge Clark/Judge Mazzant |
| RJ WORLDWIDE, LLC d/b/a<br>SKINNY BODY CARE, a Texas Limited<br>Liability Company; and<br>DOES 1 through 100, inclusive, | § § § § § | |
|     *Defendants.* | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 29, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. #18] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Dismiss Defendant's Amended Counterclaims Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. #18] is **DENIED.**

**So ordered and signed on**

**Nov 10, 2014**

_____
Ron Clark, United States District Judge